IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>vs.<br><br>JENNIFER J. SALINAS<br><br>Defendant. | Citation Number: 6429181, M12<br><br>ORDER TO DISMISS |

Upon motion of the United States and for good cause shown,

IT IS HEREBY ORDERED that the above Violation is dismissed with prejudice.

DONE AND DATED this 8 day of March, 2018.


HONORABLE JOHN T. JOHNSTON
UNITED STATES MAGISTRATE JUDGE

-1-